UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victoria M. Taylor,                        Civil No. 11-2172 (RHK/JJG)

        Plaintiff,               **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

SmithKline Beecham Corporation, d/b/a
GlaxoSmithKline,

        Defendant.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  August 8, 2011


                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge